■ **St. Paul Fire and Marine Insurance Company**, Appellant, v **Marine Midland Bank**, N. A., as Successor of **Marine Midland Bank** and Another, Respondent.—Order unanimously affirmed, without costs, for reasons stated at Supreme Court, Onondaga County, Murphy, J. (Appeal from order of Supreme Court, Onondaga County, Murphy, J.—dismiss complaint.) Present—Callahan, J. P., Denman, Boomer, Pine and Schnepp, JJ.

■ **Carol S. Irvine**, as Administratrix of the Estate of **David T. Irvine**, Deceased, Plaintiff, v **Robert Meeks, Sr.**, Defendant and Third-Party Plaintiff-Appellant. **County of Jefferson**, Third-Party Defendant-Respondent, et al., Third-Party Defendants.—Judgment unanimously affirmed, without costs (*see, Stalteri v County of Monroe,* 107 AD2d 1071; *Wilson v Sponable,* 81 AD2d 1, *appeal dismissed* 54 NY2d 834). (Appeal from judgment of Supreme Court, Jefferson County, Lawton, J.—dismiss third-party complaint.) Present—Callahan, J. P., Denman, Boomer, Pine and Schnepp, JJ.

■ **504 Will-Tow Realty Corporation** et al., Respondents, v **Board of Managers of Williamsville Towers Condominium**, Appellant.—Order and judgment unanimously affirmed, with costs, for reasons stated in memorandum decision at Special Term, Wolf, J. (Appeal from order and judgment of Supreme Court, Erie County, Wolf, J.—summary judgment.) Present—Callahan, J. P., Denman, Boomer, Pine and Schnepp, JJ.